UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DUSTIN JAMES BARRAL,<br><br>Petitioner,<br><br>v.<br><br>TIM GARRETT, *et al.*,<br><br>Respondents. | Case No. 3:23-cv-00438-MMD-CLB<br><br>ORDER |

*Pro se* Petitioner Dustin James Barral has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 and a motion for leave to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1 ("Motion"), 1-1 ("Petition").) Based on the current information about Petitioner's financial status, the Court finds that he is able to pay the full fee pursuant to 28 U.S.C. § 1915. As such, this Court denies the Motion and instructs Petitioner to pay the filing fee.

It is therefore ordered that the Motion (ECF No. 1) is denied.

It is further ordered that the initial screening of Petitioner Dustin James Barral's Petition for Writ of Habeas Corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases is deferred until such time as he has fully complied with this order.

It is further ordered that within 45 days of the date of this order, Petitioner must pay the $5 filing fee. Petitioner's failure to timely comply with this Order will result in the dismissal of the petition without prejudice and without further advance notice.

DATED THIS 18th day of September 2023

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE